UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ELIZA GONZALEZ, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:13 CV 207 |
| ) | |
| HAMMOND SCHOOL CORPORATION, ) | |
| ) | |
|     Defendant. ) | |

### O R D E R

On November 6, 2013, this court referred defendant's motion to dismiss (which was closely related to plaintiff's motion to amend her complaint) to Magistrate Judge John E. Martin. (DE # 20.) On February 11, 2014, Magistrate Judge Martin issued an order granting plaintiff's motion for leave to file an amended complaint and recommending that this court deny defendant's motion to dismiss as moot. (DE # 21.) In his report, Magistrate Judge Martin informed the parties that any objections to the report and recommended finding must be made within 14 days after being served with a copy of the report. (DE # 21 at 7.) That time has passed, and no objections have been filed. Therefore, the court **ACCEPTS and ADOPTS** Magistrate Judge Martin's report and recommendation (DE # 21) and **DENIES** defendant's motion to dismiss as moot (DE # 10).

                                                **SO ORDERED.**

Date: March 10, 2014

                                                s/ James T. Moody
                                                JUDGE JAMES T. MOODY
                                                UNITED STATES DISTRICT COURT